United States District Court
Southern District of Texas
**ENTERED**
May 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REYNALDO GUERRERO, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:21-cv-03977 |
| GELCO FLEET TRUST, | § § § | (JURY) |
| *Defendant*. | § § | |

### ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

ON THIS DAY, the Court considered Plaintiff's Notice of Dismissal Without Prejudice. Having considered the evidence, the law, Rule 41 of the Texas Rules of Civil Procedure, and that the Defendant has not yet filed a responsive pleading, the Court determines:

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant in the above-styled cause are DISMISSED WITHOUT PREJUDICE.

Signed on this 12th day of May, 2022.



_____
HONORABLE U.S. DISTRICT JUDGE